UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DENNIS RAY DAVIS, JR. | CIVIL ACTION NO. 19-0035-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LOUISIANA APPELLATE PROJECT, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with all of the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Plaintiff Dennis Ray Davis, Jr.'s claims against Louisiana Appellate Project, Chad M. Iker, Christopher A. Aberle, and Michael Enright are **DISMISSED** as frivolous and malicious **WITHOUT PREJUDICE** to Plaintiff's right to prosecute his pending, duplicative proceedings. The claims are otherwise **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Channel 12 KSLA, Channel 3 KTBS, Channel 6 KTBS, Shreveport Times, Doug Waner of Channel 12 News, and the Inquisitor Newspaper are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 3rd day of June, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT